■ BERNARD FELLENBAUM, Respondent, v. AUGUSTA MILLER, Appellant, and HENRY L. MCCARTHY, as Commissioner of Welfare of the City of New York, Respondent. HENRY L. MCCARTHY, as Commissioner of Welfare of the City of New York, Respondent, v. MILTON M. KARPEL et al., Appellants, and BERNARD FELLENBAUM, Respondent, et al., Defendant.— Motions by respondents to dismiss appeal in a consolidated action denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the February

Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before January 6, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.